# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

YOLANDA BONILLA, et al.,

    Plaintiff(s)

    vs.

STARWOOD HOTELS AND RESORTS WORLDWIDE, INC, et al.,

    Defendant(s)

Civil Case No. 13-1504 (ADC)

### JUDGMENT

The Court, through the Honorable Aida M. Delgado-Colón, Chief U.S. District Judge, issued an Opinion and Order on September 30, 2015.

Therefore, pursuant to the Court's Opinion and Order, Judgment is hereby entered accordingly.

The complaint is **DISMISSED IN PART WITH PREJUDICE** and **DISMISSED IN PART WITHOUT PREJUDICE.**

Plaintiffs' federal claims under the ADEA for failure to promote, hostile work environment, and retaliation are **DISMISSED WITH PREJUDICE.**

Plaintiffs' claims under the laws of the Commonwealth of Puerto Rico are **DISMISSED WITHOUT PREJUDICE** to their renewal in the Court of the Commonwealth of Puerto Rico.

Therefore, Judgment is entered in favor of defendants.

**IT IS SO ORDERED AND ADJUDGED.**

In San Juan, Puerto Rico, this 30th day of September, 2015.

    FRANCES RIOS DE MORAN
    Clerk of the Court

    By: s/Sarah V. Ramón
       Sarah V. Ramón, Deputy Clerk